# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NOBLE ENERGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-2023 (RJL) |
| | ) | |
| KENNETH L. SALAZAR, Secretary, | ) | |
| United States Department of | ) | |
| the Interior, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion, it is this ___ day of March, 2010, hereby

**ORDERED** that the Plaintiffs' Motion for Summary Judgment [#18] is **DENIED**; it is further

**ORDERED** that the Defendants' Cross-Motion for Summary Judgment [#24] is

**GRANTED**; and it is further

**ORDERED** that judgment be entered for the defendants on all counts in the

Complaint.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge